IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|    THOMAS C. BROWN | § | NO.  09-50070 |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | |

## RESPONSE OF FIRSTBANK TO OBJECTION TO PROOF OF CLAIM FILED BY MIKE TUCKER AND SUSAN TUCKER

COMES NOW John D. Raffaelli, and files this his Response to the Objection to Proof of Claim filed by Debtor Thomas C. Brown, and would respectfully show the court:

1. John D. Raffaelli filed a Proof of Claim showing home mortgage arrearages in the amount of $61,189.42.

2. Attached is proof of payment of property taxes and insurance for the property objected to by the Debtor.

3. John D. Raffaelli, requests this matter be set for hearing and value be determined by the Court.

WHEREFORE, Creditor, John D. Raffaelli request that this matter be set for hearing and that value be determined by the Court and that they be entitled to all relief available under law.

                                             Respectfully submitted,

                                             _/s/Alwin A. Smith____
                                             Alwin A. Smith

SBN 18532200
602 Pine Street
Texarkana, Texas  75501
Telephone:	903/792-1608
Facsimile:	903/792-0899
ATTORNEYS FOR JOHN D. RAFFAELLI

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been sent to Mr. Rodney McDaniel, 4503 Texas Blvd., Texarkana, Texas  75501, Attorney for the Debtor and Janna Countryman,, by electronic mail, Chapter 13 Trustee, on this the _____ day of October, 2009.

_/s/Alwin A. Smith___
Alwin A. Smith