United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas 75702
(903) 590-1450


12/03/2013

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| **Debtor** | § | Case No. 09-50070 |
| Thomas C. Brown | § | |
| 16040 Broadleaf | § | |
| Texarkana, TX 75503 | § | |
| BOWIE-TX | § | |
| SSN / ITIN: xxx-xx-0480 | § | |
| | § | |
| **Joint Debtor** | § | |
| Linda L. Brown | § | |
| 16040 Broadleaf | § | |
| Texarkana, TX 75503 | § | |
| BOWIE-TX | § | |
| SSN / ITIN: xxx-xx-1125 | § | Chapter 7 |
| | § | |
| Debtor | § | |

### ORDER GRANTING U.S. TRUSTEE'S MOTION TO REOPEN

CAME ON for consideration the Motion of the United States Trustee to Reopen the abovestyled and numbered case and for a temporary waiver of the fee for reopening this case. Upon consideration of the pleading and premises, due notice having been given, it appears that the motion should be granted. Accordingly it is hereby

ORDERED that the above-styled and numbered case is REOPENED pursuant to 11 U.S.C. §350(b); it is further

ORDERED that the United States Trustee shall appoint one disinterested person to serve as trustee of this estate; it is further

ORDERED that the fee prescribed for the reopening of this case is hereby WAIVED; provided, however that such fee shall be paid as an administrative expense upon distribution of the assets of this estate.

Signed on 12/03/2013

*Brenda T. Rhoades*    SR
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE